||
|---|
| 1 |
| 2 |
| 3 |
| 4 |
| 5 |
| 6 |
| 7 |
| 8 |
| 9 |
| 10 |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WARREN BRAD JOHNSON, | ) | Civil No. 08cv1798-L(JMA) |
| Plaintiff, | ) ) | **ORDER STRIKING PLAINTIFF'S "ANSWER" TO DEFENDANTS'** |
| v. | ) ) | **SECOND MOTION TO DISMISS THE COMPLAINT [doc. #15] and** |
| TIMOTHY WENNES, *et al.,* | ) ) | **MOTION FOR RECONSIDERATION [doc. #16]** |
| Defendants. | ) ) ) | |

On November 4, 2008, plaintiff filed an "answer"[1] to defendants' "second" motion to dismiss or alternatively for a more definite statement. There are two problems with plaintiff's motion. First, defendants' "second" motion to dismiss [doc. #9] was stricken from the record on November 29, 2008. (Discrepancy Order, doc. #10).] Accordingly, there is no motion to which an opposition or response can be made. Second, plaintiff failed to file a certificate of service attesting to the fact that opposing counsel has been served with plaintiff's "answer." In its Order dated November 4, 2008, plaintiff was

> admonished that he must serve upon defendants or, if appearance has been entered by counsel, upon defendants' counsel, a copy of every further pleading or document submitted for consideration by the Court. Plaintiff shall include with the original paper to be filed with the Clerk of the Court a certificate stating the manner in which a true and correct copy of any document was served on

---

[1]   Plaintiff is advised that an answer is filed to a complaint and a response or opposition is filed to a motion.

>defendants or counsel for defendants and the date of service. Any paper received by a district judge or a magistrate judge that has not been filed with the Clerk of the Court or which fails to include a certificate of service will be disregarded by the court.

(Order filed November 4, 2008 [doc. #14].)

Because defendants' motion to dismiss or alternatively for a more definite statement filed on October 27, 2008, docket no. 9, has been stricken from the record, plaintiff's "answer" to this motion is also stricken from the record.

On November 5, 2008, plaintiff filed a motion for reconsideration of the Court's Order that took defendants' motion to dismiss or alternatively for a more definite statement, docket no. 5, under submission without oral argument. Again plaintiff has not provided a certificate of service for this motion with respect to opposing counsel. For this reason, the Court will strike plaintiff's motion for reconsideration. But even if the Court were to consider plaintiff's motion for reconsideration, it would be denied. In the motion for reconsideration, plaintiff does not argue that oral argument is necessary but instead states "Plaintiff motions the Courts for and extension of time per Civil Rule 7.1, to allow the Court to examine evidence posted and submitted to the Court on November 3, 2008" concerning plaintiff's response to defendants' second motion to dismiss. (Motion at 2). But as noted above, there is no second motion to dismiss in the record as it has been stricken by the Court. Accordingly, there is no legal or factual basis for plaintiff's motion for reconsideration.

Plaintiff is again admonished that he must comply with the Federal Rules of Civil Procedure and the Civil Local Rules for the United States District Court for the Southern District of California.

///
///
///
///
///
///

Based on the foregoing, **IT IS ORDERED** striking from the record plaintiff's motion for reconsideration [doc. #16] and "answer" to defendants' second motion to dismiss the complaint [doc. #15].

**IT IS SO ORDERED.**

DATED: November 6, 2008

                                        M. James Lorenz
                                        United States District Court Judge

COPY TO:

HON. JAN M. ADLER
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES/COUNSEL