UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WARREN BRAD JOHNSON, | ) | Civil No. 08cv1798-L(JMA) |
| Plaintiff, | ) ) ) | **ORDER STRIKING PLAINTIFF'S AFFIDAVIT OF TRUTH [doc. #17]** |
| v. | ) ) | |
| TIMOTHY WENNES, *et al.,* | ) ) | |
| Defendants. | ) ) ) | |

Defendants Timothy Wennes; Countrywide Bank, FSB; Countrywide Home Loans, Inc.; Countrywide Financial Corporation; and Bank of America (collectively "defendants") filed a motion to dismiss or alternatively for a more definite statement [doc. #5] to which plaintiff has responded in opposition [doc. #8]. After the motion was fully briefed, plaintiff Warren Brad Johnson, who is proceeding *pro se*, sent an "affidavit of truth" to the Clerk of the Court for filing in the above-captioned case. In reviewing plaintiff's "affidavit of truth", the Court noted that plaintiff failed to seek leave of Court to supplement his opposition and failed to file a certificate of service indicating that he served opposing counsel with his "affidavit of truth." Plaintiff was admonished that he must serve upon defendants or, if appearance has been entered by counsel, upon defendants' counsel, a copy of every pleading or document submitted for consideration by the Court and that he was required to include with the original paper to be filed with the Clerk of the Court a certificate stating the manner in which a true and correct copy of any document was

served on defendants or counsel for defendants and the date of service.

Notwithstanding these deficiencies, the Court allowed the filing of the "affidavit of truth" "so long as plaintiff files a certificate of service that attests to the fact that defendants' counsel has been served with his 'affidavit of truth.'" (Order filed November 5, 2008 [doc. #14].) Plaintiff was ordered to "serve opposing counsel with his 'affidavit of truth' and file with the Clerk of the Court a certificate of service attesting to such service on defendants' counsel within five days of the filing of this Order." *Id.*  Plaintiff was further warned that "[f]ailure to serve opposing counsel and to file a certificate of service with respect to the 'affidavit of truth' within the time provided shall result in the 'affidavit of truth' being stricken from the record."  Plaintiff has not filed a certificate of service showing service of his "affidavit of truth" on opposing counsel within the time provided by the Court.

Based on the foregoing, **IT IS ORDERED** striking plaintiff's "affidavit of truth" from the record [doc. #17].

**IT IS SO ORDERED.**

DATED: November 17, 2008

_____
M. James Lorenz
United States District Court Judge

COPY TO:

HON. JAN M. ADLER
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES/COUNSEL